ARTHUR W. KUENZLI, demandante, apelado y apelante, *v.* JOSEPH SYMISTER, demandado, apelante y apelado.

No. 5241.—*Sometido:* Mayo 19, 1931. *Resuelto:* Noviembre 10, 1932.

*Adrián Agosto,* abogado del demandado-apelante; *A. Marín Marién,* abogado del demandante-apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

El demandado Symister apela de aquella parte de una sentencia sobre las alegaciones en que la corte de distrito declaró nula e ineficaz una sentencia en rebeldía registrada por el secretario de una corte municipal en un pleito anterior. Se alega en la demanda en este caso que el procedimiento anterior era uno en cobro de dinero. De la contestación aparece que Symister, demandante en la acción anterior, era un acreedor hipotecario y que los demandados en ella eran deudores hipotecarios. No consta si se trataba de un

ejecutivo hipotecario o sólo de una acción en cobro de dinero. Sin embargo, también se alega en la demanda que no se emplazó personalmente a los demandados en el procedimiento anterior, sino que fueron citados por edictos solamente. En la contestación se admite la veracidad de esta aseveración.

Los incisos 1 y 3 del artículo 194 del Código de Enjuiciamiento Civil leen como sigue:

"1. En un pleito que nazca de un contrato sobre pago de dinero o para obtener perjuicios solamente, si no se hubiere presentado la contestación al secretario de la corte, dentro del término señalado en la citación, o de su prórroga, si se hubiese concedido; el secretario, a instancia del demandante, deberá hacer constar la rebeldía del demandado, y acto seguido anotará en el récord de la corte la sentencia para el pago de la cantidad especificada en la citación, con más las costas contra el demandado, o contra uno o más de los varios demandados, en los casos previstos en el artículo 96.

"2.      *      *      *      *      *      *      *

"3. En pleitos en que la citación fuere hecha por edictos, una vez vencido el término para la contestación, podrá el demandante, previa prueba de la publicación de los edictos y de no haberse presentado contestación, pedir que se dicte sentencia, en vista de lo cual deberá la corte exigir prueba de lo pretendido en la demanda; y si el demandado no residiere en la isla, deberá disponer que el demandante o su representante, sea examinado bajo juramento respecto a cualesquiera pagos que hayan sido hechos al demandante o a algún otro para su uso, a cuenta de la cantidad reclamada, y podrá dictar sentencia por el saldo a que tuviere derecho."

El secretario de la corte municipal carecía de facultad para registrar una sentencia en rebeldía en el caso anterior, y la sentencia así registrada es nula.

*Debe confirmarse la sentencia apelada.*

El Juez Asociado Señor Córdova Dávila no intervino.